UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAIN MITCHELL,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION and DAISY FONTANEZ, former Principal of MS 415 Wadleigh Secondary School for Visual and Performing Arts,

                Defendants.

**ORDER**

20 Civ. 1555 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a pretrial conference in this case on **April 29, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 22, 2025

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge