UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DWAIN MITCHELL,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION and DAISY FONTANEZ, former Principal of MS 415 Wadleigh Secondary School for Visual and Performing Arts,

                Defendants.

**ORDER**

20 Civ. 1555 (PGG) (SLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Based on today's pretrial conference, this Court has referred this case to Magistrate Judge Cave for a settlement conference. (Dkt. No. 67) The parties will submit a joint letter by **May 29, 2025**, advising the Court of the outcome of their settlement negotiations. If the parties are not able to reach a settlement, the Court will enter a case management plan. The previous referral to Judge Cave for general pretrial supervision is withdrawn.

        In the event that this case does not settle, this Court will conduct a case management conference on **July 25, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 29, 2025

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge