UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAIN MITCHELL,<br><br>       Plaintiff,<br><br> -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION and DAISY FONTANEZ.<br><br>       Defendants. | CIVIL ACTION NO. 20 Civ. 1555 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned to conduct a settlement conference. (See ECF No. 67). Accordingly, a telephone conference is scheduled for **Thursday, May 8, 2025 at 12:00 p.m. EST on the Court's Webex platform.** The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654#, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:  New York, New York
     April 30, 2025

               SO ORDERED.

               _____
               **SARAH L. CAVE**
               **United States Magistrate Judge**