UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAIN MITCHELL,

                    Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION
and DAISY FONTANEZ.

                    Defendants.

CIVIL ACTION NO. 20 Civ. 1555 (GHW) (SLC)

**POST CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the Settlement Conference held today, June 13, 2025, a follow-up attorney-only telephone conference is scheduled for **Friday, June 20, 2025 at 12:00 p.m.** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:      New York, New York
              June 13, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge