UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAIN MITCHELL,

            Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION
and DAISY FONTANEZ.

           Defendants.

CIVIL ACTION NO. 20 Civ. 1555 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As the parties have reached a settlement agreement in principle, the Court ORDERS the parties to file a stipulation of dismissal for the attention of the Honorable Paul G. Gardephe by **Monday, August 11, 2025.**

Dated:    New York, New York
            July 11, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**