**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 17TH FL. WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   *Partner*

July 24, 2025

*Via ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> MEMO ENDORSED
>
> The Application is granted. The conference is adjourned to August 12, 2025 at 10:00 A.M.
>
> SO ORDERED:
> /s/ Paul A. Gardephe
> Paul G. Gardephe, U.S.D.J.
> Dated: July 24, 2025

   Re:   Dwain Mitchell v. New York City Department of Education, et al.
         Docket No. 20-CV-01555 (PGG)
         Joint Request to Adjourn Conference

Dear Judge Gardephe:

   I am the attorney for Plaintiff Dwain Mitchell in the above-referenced matter. I write to respectfully request an adjournment of the case management conference scheduled for July 25, 2025. The parties have negotiated a settlement in principle, but still need to finalize an agreement in writing. Ms. Rosen has a trial pending and expects to have an agreement to Plaintiff for review after the trial has concluded. As such, the parties respectfully request an extension until the week of August 11, 2025 to advise the Court of the outcome of settlement negotiations, and proceed with entering a case management plan if necessary.

   Thank you for the Court's consideration.

                                             Respectfully submitted,
                                             /s: *Bryan D. Glass*
                                             Bryan D. Glass, Esq.
                                             Attorney for Plaintiff

c: Elisheva Leah Rosen (*Via ECF*)
   NYC Law Department
   Labor and Employment

100 Church St., Room 2-316
New York, NY 10007