**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 17TH FL. WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
Partner

August 8, 2025

**MEMO ENDORSED:** The application is granted. The conference is adjourned to **September 11, 2025 at 10:00 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: August 11, 2025

Via ECF
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Dwain Mitchell v. New York City Department of Education, et al.
       Docket No. 20-CV-01555 (PGG)
       Status of Settlement and Request to Adjourn Conference

Dear Judge Gardephe:

I am the attorney for Plaintiff Dwain Mitchell in the above-referenced matter. I write to respectfully request an adjournment of the case management conference scheduled for August 12, 2025. The parties have negotiated a settlement in principle, but still need to finalize an agreement in writing. As such, the parties respectfully request an extension until the week of September 11, 2025 to advise the Court of the outcome of settlement negotiations, and proceed with entering a case management plan if necessary.

Thank you for the Court's consideration.

Respectfully submitted,
*/s: Bryan D. Glass*
Bryan D. Glass, Esq.
Attorney for Plaintiff

c: Elisheva Leah Rosen (*Via ECF*)
   NYC Law Department
   Labor and Employment
   100 Church St., Room 2-316
   New York, NY 10007