UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

DWAIN MITCHELL,

                    Plaintiff,

               -against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
DAISY FONTANEZ, Former Principal of MS 415
Wadleigh Secondary School for Visual and Performing
Arts,

                    Defendants.

-------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

20-CV-01555

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice and without costs, expenses or fees of any kind to any party.

Dated:      New York, New York
              August 2, 2025

**Bryan Glass**
Glass & Hogrogian LLP
Attorney for Plaintiff
85 Broad St
WeWork, 17th Floor
New York, NY 10004
212-537-6859
bglass@ghnylaw.com

By: _____/s/ Bryan Glass_____
      Bryan Glass

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Rm. 2-316
New York, New York 10007
(212) 356-3522
erosen@law.nyc.gov

By: _____/s/ Elisheva L. Rosen_____
      Elisheva L. Rosen
      Litigating Senior Counsel

**MEMO ENDORSED:** The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die.

SO ORDERED.

_____/s/ Paul G. Gardephe_____
Paul G. Gardephe
United States District Judge
Dated: August 14, 2025

1